503 ABBOT vs. CIRCUIT JUDGE (Wayne), 55 M., 410.

To vacate an order allowing an amendment to a declaration on the bond of a residuary legatee.

Denied January 6, 1885.

The original declaration alleged as a breach the failure to pay a claim which had been allowed in plaintiff's favor by the probate judge. The amended narr alleged, as the breach, the failure to pay a note (more than six years then overdue) held by plaintiff, and which constituted the claim which had been allowed.

Held, that the amendment did not introduce a new cause of action.

504 LONG vs. CIRCUIT JUDGE (Wayne), 27 M., 163.

To vacate an order granting leave to file an amended declaration.

Denied April 22, 1873.

A declaration for false imprisonment had been amended by adding a count for malicious prosecution.

505 SMITH vs. CIRCUIT JUDGE (Wayne), 27 M., 86.

To vacate an order setting aside a declaration for breach of covenant, filed in an action commenced by summons in a plea of trespass on the case.

Granted April 16, 1873.